**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Christopher Sadowski,

Plaintiff, Case No.: 8:23-cv-00297-MSS-SPF

v.

Site Spin Off LLC,

Defendant.
_______________________________/

**DEFENDANT SITE SPIN OFF LLC'S ANSWER**

Defendant SITE SPIN OFF LLC ("Defendant"), by and through its undersigned counsel, hereby files this Answer and Affirmative Defense to the Complaint as follows:

**INTRODUCTION**

1. Admitted only that this purports to be an action to recover damages for alleged copyright infringement.

2. Without knowledge, therefore denied.

3. Admitted.

4. Denied.

**THE PARTIES**

5. Without knowledge, therefore denied.

6. Admitted.

## JURISDICTION AND VENUE

7. Admitted.

8. Admitted.

9. Admitted that venue is proper.

## FACTS COMMON TO ALL CLAIMS

10. Without knowledge, therefore denied.

11. Without knowledge, therefore denied.

12. Without knowledge, therefore denied.

13. Without knowledge, therefore denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admitted only that the Website has visitors and earns some money.

19. Admitted.

20. Without knowledge, therefore denied.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Admitted.

24. Admitted only that the photograph appeared at the URL.

25. Admitted only that the photograph appeared on the Website.

26. Admitted only that the photograph appeared on the Website. Otherwise denied.

27. Admitted only that the photograph appeared on the Website. Otherwise denied.

28. Without knowledge, therefore denied.

29. Admit only that Defendant is active with respect its Website.

30. Denied.

31. Admitted.

32. Admitted,

33. Denied.

34. Admitted only that Defendant controls its Website.

35. Admitted only that Defendant monitors its Website.

36. Admitted that Defendant received a total of $7.91 from visitors to the webpage that contained the photograph.

37. Denied other than $7.91.

38. Denied.

39. Admitted only that Defendant had the ability not to post the photograph and to remove it, which Defendant did immediately upon becoming aware of this issue.

40. Denied.

41. Denied.

**FIRST COUNT (Direct Copyright Infringement, 17 U.S.C. §501 *et seq*.)**

42. Defendant repeats and incorporates by reference the allegations contained in paragraphs 1-41 above.

43. Without knowledge, therefore denied.

44. As Defendant is currently unaware whether the source of the Photograph granted permission or authorization, Defendant is without knowledge and thus this allegation is denied.

45. Denied.

46. Denied.

47. Denied.

48. Admitted only that the relevant statute provides for such damages.

49. Admitted only that the relevant statute allows for costs, which include attorney's fees, at the discretion of the Court.

50. Denied.

**FIRST AFFIRMATIVE DEFENSE – UNCLEAN HANDS**

Upon information and belief, Plaintiff's Photograph is purposely made available to the public on the Internet in a fashion such that users are lead to believe the Photograph is in the public domain and thus available for use so that Plaintiff can then bring an action for copyright infringement and demand a payment way in excess to what any user would pay for a license to the photograph.

**JURY DEMAND**

Defendant hereby demands trial by jury on all issues so triable.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Joseph J. Weissman*
JOSEPH J. WEISSMAN, FBN: 0041424
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
E-Mail: josephw@jpfirm.com
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Tel: (813) 225-2500

Counsel for Defendant
SITE SPIN OFF LLC

#8675095