**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Christopher Sadowski,

Plaintiff,

Case No: 8:23-cv-00297-MSS-SPF

v.

Site Spin Off LLC,

Defendant.
**-------------------------------------------------/**

**PLAINTIFF'S NOTICE OF FILING OFFER OF JUDGMENT AND ACCEPTANCE OF OFFER OF JUDGMENT**

**COME NOW**, Plaintiff Christopher Sadowski ("Plaintiff"), by and through his undersigned counsel, and in accordance with Rule 68(a) of the Federal Rules of Civil Procedure, hereby serve notice of the following:

1. On March 24, 2023, Defendant Site Spin Off LLC ("Defendant") served its Offer of Judgment ("OOJ") on the Plaintiff in accordance with Rule 68 (a) of the Federal Rules of Civil Procedure. A copy of the OOJ is attached hereto as **Exhibit A**.

2. On April 5, 2023, Plaintiff served notice on the Defendant that he had accepted the OOJ. A copy of the Notice of Acceptance is attached hereto as **Exhibit B**.

3. As authorized by Rule 68 of the Federal Rules of Civil Procedure, Plaintiff accepts Defendant's OOJ and respectfully asks that the Clerk enter judgment in accordance with the offer.

4. Upon entry of the OOJ, in accordance with Local Rule 7.01, which mandates a bifurcated process for a party seeking the Court's approval of a post-judgment award of attorneys' fees and costs, Plaintiff will move the Court for a determination of Plaintiff's

SLG SANDERS · LAW GROUP ·

entitlement to a fee award.

Dated: April 5, 2023

**SANDERS LAW GROUP**

By: *___/s/ Craig Sanders___________*
Craig Sanders, Esq. (Fla Bar 0985686)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 125519
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2023, I electronically filed the foregoing with the Court using the Court's CM/ECF system which shall digitally and electronically serve a copy on counsel for Defendant.

Dated: April 5, 2023

By: *___/s/ Craig Sanders___________*
Craig Sanders, Esq. (Fla Bar 0985686)

SLG SANDERS · LAW GROUP ·