**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Christopher Sadowski,

Plaintiff, Case No.: 8:23-cv-00297-MSS-SPF

v.

Site Spin Off LLC,

Defendant.
_______________________________________/

**DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

Defendant SITE SPIN OFF LLC ("Defendant"), by and through its undersigned counsel and pursuant to Rule 68, Fed.R.Civ.P., hereby extends the following offer of judgment on all claims set forth in the Complaint (Dkt. 1): Defendant hereby offers for the entry of a judgment in the amount of $1,100 for all of Plaintiff's claims for relief. This offer is without the entry of any injunction. This offer does not include the resolution of any costs or attorney's fees accrued to date for which Plaintiff may have an entitlement.

Pursuant to Fed. R. Civ. P. 68, this offer expires, if not accepted in writing, within fourteen (14) days.

*/s/ Joseph J. Weissman*
JOSEPH J. WEISSMAN, FBN: 0041424
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
E-Mail: **josephw@jpfirm.com**
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Tel: (813) 225-2500

Counsel for Defendant
SITE SPIN OFF LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2023, I served the foregoing by email on Craig B. Sanders, Esq., SANDERS LAW GROUP, 333 Earle Ovington Boulevard, Suite 402, Uniondale, NY 11553, csanders@sanderslaw.group and Jaymie Sabilia-Heffert, Esq., SANDERS LAW GROUP, 333 Earle Ovington Boulevard, Suite 402, Uniondale, NY 11553, jheffert@sanderslaw.group.

*/s/ Joseph J. Weissman*

JOSEPH J. WEISSMAN, FBN: 0041424
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
E-Mail: **josephw@jpfirm.com**
401 E. Jackson Street, Suite 3100
Tampa, FL 33602
Tel: (813) 225-2500

Counsel for Defendant
SITE SPIN OFF LLC

#8678455