**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Christopher Sadowski,

Plaintiff, Case No: 8:23-cv-00297-MSS-SPF

v.

Site Spin Off LLC,

Defendant.
-------------------------------------------------/

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Christopher Sadowski ("Plaintiff"), by and through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant Site Spin Off, LLC's Offer of Judgment to Plaintiff dated March 24, 2023, attached hereto as **Exhibit A**.

Dated: April 5, 2023

**SANDERS LAW GROUP**

By: *__/s/ Craig Sanders__*
Craig Sanders, Esq. (Fla Bar 0985686)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 125519
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 5, 2023, a true and correct copy of the foregoing was served via electronic mail on Joseph J. Weissman Esq., JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, counsel for Defendant, at josephw@jpfirm.com.

Dated: April 5, 2023

By: *__/s/ Craig Sanders__*
Craig Sanders, Esq. (Fla Bar 0985686)

SLG SANDERS · LAW GROUP ·